JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7000
Fax: (415) 436-6748

Attorneys for the United States of America

NOV 16 AM 10: 51
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In the Matter of the Tax Indebtedness of:

W.F. ANDERSON ELECTRIC, INC.,

Ex Parte UNITED STATES OF AMERICA, and JON SUSTARICH, Revenue Officer,

Applicants for Order.

No. CV 09 5380 EDL

~~[proposed]~~ ORDER FOR ENTRY ON PREMISES TO EFFECT LEVY

The United States, having filed an application requesting authorization for Jon Sustarich, a Revenue Officer of the Internal Revenue Service, and/or other employees, as designated by the Internal Revenue Service, to enter the premises located at 1850 Williams Street, San Leandro, California 94577, in order to seize property in satisfaction of unpaid federal taxes, together with the Revenue Officer's Declaration in support of that application, and the Court finding, on the basis of the Declaration, that there is probable cause to believe that property or rights to property belonging to said taxpayer are located on or within said premises and that such entry to search for and seize such property of said taxpayer subject to levy under the Internal Revenue laws for the collection of its unpaid federal taxes is reasonable under the circumstances shown,

IT IS HEREBY ORDERED that Jon Sustarich, and/or such other officers of the Internal Revenue Service as it may designate, hereby are authorized and directed to enter upon and into the said described premises during business hours, or the daytime, within twenty-eight (28) days from the date this order is signed, for the purpose of searching for and seizing the assets

described in the Declaration of Jon Sustarich, as well as other similar inventory, equipment and furnishings of a electrical contractor business belonging to W.F. Anderson Electric, Inc. found on the premises and subject to levy in accordance with applicable Internal Revenue laws and regulations of the United States.

IT IS FURTHER ORDERED that the revenue officer and/or other employees, as designated by the Internal Revenue Service, shall leave a copy of this writ with the person in possession of the premises, and promptly after the entry and seizure, the officers executing this writ shall make their return to this Court with a statement of the time and circumstances of the entry and seizure.

Dated this 18th day of November, 2009.

Elizabeth D. Laporte

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE